UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SIXELA INVESTMENT GROUP | CIVIL ACTION NO. 23-cv-0277 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOPE FEDERAL CREDIT UNION, ET AL. | MAGISTRATE JUDGE WHITEHURST |

### ORDER

For the reasons assigned in the Report and Recommendation (Record Document 15) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;[1]

**IT IS ORDERED** that Defendant Hope Federal Credit Union's Motion to Dismiss (Record Document 6) is **DENIED WITHOUT PREJUDICE**, subject to Plaintiff Sixela Investment Group's right to amend its Complaint.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 19th day of July, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge recommended that the Motion to Dismiss be *granted* without prejudice, subject to Plaintiff's right to amend its Complaint. While this Court agrees with the Magistrate Judge's overall analysis, the Court will depart from the final conclusion, such that the Motion to Dismiss be *denied* rather than granted.