**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| SIXELA INVESTMENT GROUP, LLC | CIVIL ACTION NO. 6:23-0277 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOPE FEDERAL CREDIT UNION, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of objections filed (Record Document 47), this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Defendant Communities Unlimited, Inc.'s Rule 12(b)(6) Motion (Record Document 29) is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 15th day of February, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE