*(Rev. 12/6/12)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
CIVIL DIVISION

Sixela Investment Group                 Civil No.   6:23-cv-00277
_____
Plaintiff

VS.                                     Judge   S Maurice Hicks, Jr
Hope Federal Credit Union &        Magistrate Judge   Carol B Whitehurst
Communities Unlimited, Inc
_____
Defendant

### NOTICE OF APPEAL

Notice is hereby given that Sixela Investment Group (Appellant's Name) appeals to the

United States Court of Appeals for the Fifth Circuit from the Summary Judgment 139

(Communities Unlimitede), 147 (Hope Federal Credit Union) and Partial Summary Judgments

137 (Affirmative Defenses), 140 (Interest Rates), 143 (Non Conotract), 145 (Construction Cost)

(Order or Judgment) entered in this action on May 29, 2025 (Date).

Signed this 4 day of June, 2025.

_____
(Attorney/Pro Se Litigant Signature)

Carolyn Diane Deal
_____
(Printed Name)

2104 Cherry Palm Circle
_____
(Street or P.O. Box)

New Iberia          LA          70563
_____
(City)          (State)   (Zip Code)

337     -     414-0260
_____
(Area)          (Telephone)