**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

SIXELA INVESTMENT GROUP                         CIVIL ACTION NO. 23-0277

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

HOPE FEDERAL CREDIT UNION,                      MAGISTRATE JUDGE WHITEHURST
ET AL.

**DEFAULT JUDGMENT**

Considering this Court's Memorandum Ruling and Order dated July 11, 2025 (Record Documents 245 & 246) issued pursuant to a Motion for Default Judgment filed by Counter-Plaintiff Communities Unlimited LLC ("CU") (Record Document 235),

**IT IS ORDERED** that a default judgment is entered against Counter-Defendant Sixela Investment Group ("SIG") and in favor of CU for the reasons stated in the Court's accompanying Memorandum Ruling (Record Document 245).

**IT IS FURTHER ORDERED** that with respect to CU's requested compensatory damages and other costs, CU may seek the appropriate relief with the Clerk of Court within 21 days of this Judgment. As to reasonable attorney's fees, CU may file, with this Court, the appropriate motion within 21 days of this Judgment.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 11th day of July, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE