UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SIXELA INVESTMENT GROUP      CIVIL ACTION NO. 23-0277


VERSUS                       U.S. JUDGE HICKS


HOPE FEDERAL CREDIT          U.S. MAGISTRATE JUDGE WHITEHURST
UNION, ET AL.

### <u>NOTICE OF APPEAL FILED ON BEHALF OF SIXELA INVESTMENT GROUP</u>

Notice is hereby given that SIXELA INVESTMENT GROUP hereby appeals to the United States Court of Appeals for the Fifth Circuit from adverse rulings, orders, and judgments, including, but not necessarily limited to, the default judgment entered in this action on July 11, 2025 (doc. # 247), the July 11, 2025, memorandum ruling and order granting the motion to strike the pre-trial order and witness list (doc. ## 245-46), the July 9, 2025, order striking the motions for mistrial (doc. # 244), and/or the December 7, 2023, order granting the motion to dismiss SIXELA INVESTMENT GROUP, LLC's Fair Housing Act claim (doc. # 44), including the November 7, 2023 report and recommendation adopted therein) (doc. # 38).

Further, notice is hereby given that SIXELA INVESTMENT GROUP hereby renews its notice of appeal to the United States Court of Appeals for the Fifth Circuit from the May 29, 2025, memorandum rulings and orders granting the motion for summary judgment filed by Hope Federal Credit Union (doc. ## 201-02) and granting the

motions for partial summary judgment and motion for summary

judgment filed by Communities Unlimited Inc.  (Doc. ## 203-04).


7/24/25                          /s/ Douglas Lee Harville
Date                             Douglas Lee Harville, #27235
                                 The Harville Law Firm, LLC
                                 P.O. Box 52988
                                 Shreveport, LA 71135
                                 Telephone:  (318) 222-1700
                                 Telecopier: (318) 222-1701
                                 lee@theharvillelawfirm.com
                                 Counsel for SIXELA INVESTMENT GROUP

## **CERTIFICATE**

I HEREBY CERTIFY that on July 24, 2025, a copy of the above and foregoing, NOTICE OF APPEAL, was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Shreveport, Louisiana, this 24th day of July, 2025.

/s/ Douglas Lee Harville
Douglas Lee Harville, #27235