UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SIXELA INVESTMENT GROUP     CIVIL ACTION NO. 23-0277


VERSUS                      U.S. JUDGE HICKS


HOPE FEDERAL CREDIT         U.S. MAGISTRATE JUDGE WHITEHURST
UNION, ET AL.

### NOTICE OF APPEAL FILED ON BEHALF OF SIXELA INVESTMENT GROUP

Notice is hereby given that SIXELA INVESTMENT GROUP hereby appeals to the United States Court of Appeals for the Fifth Circuit from the October 8, 2025, memorandum ruling and order granting in part and denying in part the Motion to Consider Fee Application (Doc. # 254) and the Motion for Fee-Shifting Sanctions (Doc. # 256) filed by Communities Unlimited Inc.  (Doc. ## 268-69).


11/7/25                   /s/ Douglas Lee Harville
Date                      Douglas Lee Harville, #27235
                          The Harville Law Firm, LLC
                          P.O. Box 52988
                          Shreveport, LA 71135
                          Telephone:  (318) 222-1700
                          Telecopier: (318) 222-1701
                          lee@theharvillelawfirm.com
                          Counsel for SIXELA INVESTMENT GROUP

## **CERTIFICATE**

I HEREBY CERTIFY that on November 7, 2025, a copy of the above and foregoing, NOTICE OF APPEAL, was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Shreveport, Louisiana, this 7th day of November, 2025.

/s/ Douglas Lee Harville
Douglas Lee Harville, #27235